IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HOWARD L. ABSELET, an individual,<br><br>    Plaintiff/Judgment Creditor, and Third Party Plaintiff,<br>v.<br><br>ALLIANCE LENDING GROUP, INC., a California Corporation, et al.,<br><br>    Defendants/Judgment Debtors,<br><br>v.<br><br>FNC-OKC I, LLC, an Oklahoma limited liability company, et al.,<br><br>    Third-Party Defendants. | Case No. 14-FJ-00004-F |

**MEMORANDUM RE: AGREED ORDER**
**AUTHORIZING SALE OF REAL PROPERTY**

The court has on this date entered an order authorizing the sale of the First National Center by the receiver. The court commends the parties and the receiver for bringing to bear the sustained efforts that were obviously necessary to negotiate the transaction under uncommonly difficult circumstances.

The court is satisfied that the consummation of the proposed sale will be in the best interest of the receivership estate and will serve the substantial public interest in the return of the First National Center to beneficial and productive use. The short of the matter is that the court is confident that, with the completion of the sale authorized

by the order that the court enters on this date, the agony of the First National Center will at long last come to an end.

DATED this 11th day of January, 2016.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0004p068.docx